65 A.3d 257

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ANGEL HERNANDEZ, A/K/A ACE, DEFENDANT–APPELLANT.

January 11, 2013.

This matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the appeal is dismissed.

65 A.3d 257

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MICHAEL B. FRANKLIN, DEFENDANT–APPELLANT.

January 11, 2013.

This matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the appeal is dismissed.